```
                                                            FILED
                                                       October 22, 2009
        UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA             CALIFORNIA
                                                         DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | Case No. 2:09-mj-307 KJM |
|           Plaintiff,           ) | |
| v.                             ) | ORDER FOR RELEASE |
|                                ) | OF PERSON IN CUSTODY |
| DUKE NOTTINGHAM,               ) | |
|                                ) | |
|           Defendant.           ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DUKE NOTTINGHAM</u>, Case <u>2:09-mj-307 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_  Release on Personal Recognizance

- \_  Bail Posted in the Sum of _____

- <u>X</u>  Unsecured bond in the amount of <u>$50,000.00 to be co-signed by Linda Nottingham and to the third party custody of Linda Nottingham.</u>

- \_  Appearance Bond with 10% Deposit

- \_  Appearance Bond secured by Real Property

- \_  Corporate Surety Bail Bond

- <u>X</u>  (Other) <u>Pretrial conditions/supervision. Defendant to surrender passport by close of business 10/26/2009..</u>

Issued at <u>Sacramento, CA</u> on <u>10/22/09</u>    at  3:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge