DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, #VI 766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DUKE ARTHUR NOTTINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-477 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO VACATE |
| v. ) | TRIAL CONFIRMATION HEARING AND |
| ) | JURY TRIAL AND TO SET  STATUS |
| DUKE ARTHUR NOTTINGHAM, ) | CONFERENCE |
| Defendant. ) | Date: March 2, 2010 |
| ) | Time: 9:30 a.m. |
| ) | Judge: John A. Mendez |

This case is currently scheduled for Trial Confirmation Hearing on January 19, 2010, and Jury Trial on February 8, 2010.  The attorneys for both parties have conferred and agree that the trial confirmation hearing and jury trial be vacated, and a Status Conference hearing date of **Tuesday, March 2, 2010, at 9:30 a.m.**, be set.

This continuance is being requested because the parties are working on a resolution of the case, but the expert discovery is not yet ready for examination by the defendant.

/ / /

/ / /

/ / /

It is further stipulated and agreed between the parties that the period from January 19, 2010, through and including March 2, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: January 14, 2010            Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           */s/ Douglas J. Beevers*
                                           DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           DUKE ARTHUR NOTTINGHAM

Dated: January 14, 2010            BENJAMIN B. WAGNER
                                           United States Attorney

                                           */s/ Douglas J. Beevers for*
                                           ELLEN ENDRIZZI
                                           Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 14, 2010

                                           /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           United States District Judge