DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DUKE ARTHUR NOTTINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-477 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| DUKE ARTHUR NOTTINGHAM, | ) |
| | ) Date: April 6, 2010 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: John A. Mendez |

This case is currently scheduled for status conference on March 2, 2010.  The attorneys for both parties have conferred and agree that the status conference hearing date of March 2, 2010, be vacated and a new status conference hearing date of **Tuesday, April 6, 2010, at 9:30 a.m.**, be set.

This continuance is being requested because defense counsel needs additional time to investigate the case and view the contraband evidence.

/ / /

/ / /

/ / /

/ / /

1      It is further stipulated and agreed between the parties that the
2  period from March 2, 2010, through and including April 6, 2010, should
3  be excluded in computing the time within which trial must commence
4  under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)
5  and Local Code T4 for continuity and preparation of counsel.

6  Dated: February 25, 2010              Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         */s/ Douglas J. Beevers*
9                                        DOUGLAS J. BEEVERS
                                         Assistant Federal Defender
10                                       Attorney for Defendant
                                         DUKE ARTHUR NOTTINGHAM
11

12 Dated: February 25, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
13

14                                       */s/ Douglas J. Beevers for*
                                         ELLEN ENDRIZZI
15                                       Assistant U.S. Attorney

16

17                              **O R D E R**

18
**IT IS SO ORDERED.**
19
Dated: February25, 2010
20

21
                                         /s/ John A. Mendez
22                                       JOHN A. MENDEZ
                                         United States District Judge
23

Stipulation and Order                2