

**FILED**

MAY 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, Arizona Bar #016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DUKE NOTTINGHAM

        IN THE UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  NO. 2:09-CR-477-JAM
                                )
            Plaintiff,          )
                                )  STIPULATION AND [PROPOSED] ORDER
       v.                       )  MODIFYING CONDITIONS OF RELEASE
                                )
DUKE NOTTINGHAM,                )  Date:  NONE
                                )  Time:  NONE
            Defendants.         )  Judge: Hon. John A. Mendez
                                )
_____)
                                )

      It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for plaintiff and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant DUKE NOTTINGHAM, that his Special Conditions of Release, Special Conditions 9, 10, 14, 18, and 19 be amended as reflected in the attached " **AMENDED SPECIAL CONDITIONS OF RELEASE**." U.S. Pretrial Services Officers, counsel for the government, and counsel for defendant, DUKE NOTTINGHAM, jointly drafted the attached Amended Special Conditions of Release, and the parties agree with the conditions as set forth therein. The parties further agree that the Amended Special Conditions of Release shall be attached to the Notice to Defendant Being Released and that the

defendant, DUKE NOTTINGHAM, accepts the <u>Amended</u> Special Conditions of Release by signing the Acknowledgment of Defendant prior to his release.

The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

**IT IS SO STIPULATED**

Dated: May 25, 2010                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Douglas J. Beevers
                                       _____
                                       DOUGLAS J. BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DUKE NOTTINGHAM

Dated: May 25, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Ellen Endrizzi
                                       _____
                                       Ellen Endrizzi
                                       Assistant U.S. Attorney

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that as to defendant DUKE NOTTINGHAM's Special Conditions of Release, Special Conditions 9, 10, 14, 18, and 19 are amended to reflect the attached **AMENDED SPECIAL CONDITIONS OF RELEASE.**

IT IS FURTHER ORDERED that the attached **AMENDED SPECIAL CONDITIONS OF RELEASE** shall be attached to the Notice to Defendant Being Released and that the defendant DUKE NOTTINGHAM accepts the **AMENDED SPECIAL**

**CONDITIONS OF RELEASE** by signing the Acknowledgment of Defendant prior to his release.

**IT IS SO ORDERED.**

Dated: May 25, 2010

_____
Dale A. Drozd
United States Magistrate Judge

## AMENDED SPECIAL CONDITIONS OF RELEASE

**RE:  Nottingham, Duke A.**
**Doc. No. 2:09-CR-477-JAM**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services officer;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall be released to the third-party custody of your wife, <u>Linda Nottingham</u>;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

9. You shall not use, purchase, or possess a computer in your residence or at any other location unless otherwise approved in advance by the pretrial services officer. You are only authorized to use your one personal laptop computer and it must have computer monitoring software installed by Pretrial Services. You shall not use any computer at your place of employment unless prior approved by pretrial services and the computers you are authorized to use must be monitored. In addition, you must notify your employer of the computer restrictions and nature of the current charges. Pretrial Services will verify that your employer has been notified.

10. You shall not access the Internet at your residence or at any other location unless prior approved by the pretrial services officer;

RE:     Nottingham, Duke A.
Page 2

11.     You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

12.     You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

13.     You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

14.     You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring. Any approved travel that is overnight will require a GPS tracking/monitoring program.

   **CURFEW:** You are restricted to your residence every day from 9:00 p.m. to 5:00 a.m. or as directed by the pretrial services officer.

   You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

15.     You shall obtain/maintain employment as approved by Pretrial Services and provide verification as directed;

16.     You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

17.     You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

18.     You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer; and,

19.     **You shall allow the pretrial services officer to install monitoring software on any computers to which you have access, as approved by the Court, and you shall not remove, tamper with or in any way circumvent the software. In addition, you shall provide pretrial services with a copy of your employer's computer monitoring policy if a policy is in place.**

**(Amended Conditions are bolded)**
Date: May 20, 2010