KRESTA NORA DALY, Bar No. 199689
KENDALL DAWSON WASLEY, Bar No. 252294
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Duke Nottingham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Duke Nottingham,<br><br>　　　　Defendant. | No. 2:09-cr-00477-JAM<br><br>**SECOND STIPULATION AND ORDER RE: SUBSTITUTION OF ATTORNEYS AND SENTENCING AND JUDGMENT HEARING DATE** |

　　　By stipulation and agreement Defendant Duke Nottingham substitutes KRESTA NORA DALY, KENDALL DAWSON WASLEY, and Rothschild Wishek & Sands, LLP located at 901 F Street, Suite 200, Sacramento, California 95814, telephone 916-444-9845, as his attorneys of record in the place and stead of DOUGLAS BEEVERS and the Office of the Federal Defender for the Eastern District of California located at 801 I Street, Sacramento, CA 95814, telephone 916-498-5700.

///

///

///

U.S. v. Duke Nottingham, 2:09-cr-00477-JAM
Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com

DATED: October 7, 2010
      s/ Kresta N. Daly
      KRESTA N. DALY
      Rothschild Wishek & Sands, LLP

DATED: October 7, 2010
      s/Kendall Dawson Wasley
      KENDALL DAWSON WASLEY
      Rothschild Wishek & Sands, LLP

DATED: October 7, 2010
      s/ Douglas Beevers
      DOUGLAS BEEVERS
      Office of the Federal Defender, Eastern District of California

DATED: October 7, 2010
      s/ Duke Nottingham
      DUKE NOTTINGHAM
      Defendant

It is further stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, Duke Nottingham, through his counsel, KRESTA DALY and KENDALL DAWSON WASLEY, that the judgment and sentencing hearing set for December 14, 2010 be vacated and that a new sentencing and judgment hearing date be set for February 22, 2011 at 9:30 a.m.

Defense counsel is completely new to this case. In order to provide effective assistance of counsel new defense counsel must review the discovery in this case. The defense intends to present mitigation evidence at the sentencing in this case. At this early stage the defense has some ideas regarding which experts the defense intends to involve and is in the process of contacting those experts. At least one expert is on vacation and will not be back for a couple of weeks.

It has been defense counsel's experience in the past that once counsel begins to

PDF created with pdfFactory trial version www.pdffactory.com

1  delve deeply into a case and the early investigation comes back the defense requires
2  additional investigation and other work.
3      Defense counsel currently estimates it will take approximately two months to
4  complete the work defense counsel contemplates will be necessary.  In the past defense
5  counsel has provided the information counsel obtained to probation so probation can
6  consider this evidence in their pre-sentence report.  Assuming following a similar path is
7  advisable in this case[1] defense counsel's information would be provided to probation in
8  December 2010.  Probation needs time to draft and dictate their report after they have had
9  sufficient time to review and consider the defense evidence.  The draft probation report
10 would most likely be available sometime in early January making a late February
11 sentencing date a reasonable target.
12     Respectfully submitted.
13 DATED:  October 7, 2010
14                                       s/ Kresta N. Daly_____
                                          KRESTA N. DALY
15                                       Rothschild Wishek & Sands, LLP
16 DATED:  October 7, 2010
                                          s/ Kendall Dawson Wasley_____
17                                       KENDALL DAWSON WASLEY
                                          Rothschild Wishek & Sands, LLP
18
19 ///
20 ///
21 ///
22 ///
23 _____
24 [1] At this early stage it is impossible for defense counsel to state with certainty that some or all of the investigation will be turned over to probation.  We can only say that this has
25 been our practice in previous cases and we would follow the same practice should we determine it to be in Mr. Nottingham's best interests.

3

U.S. v. Duke Nottingham, 2:09-cr-00477-JAM
Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com

1  The government stipulates to the requested date and takes no position as to the
2  reasons stated by defense counsel.
3  DATED: October 5, 2010

s/ Carolyn Delaney_____
CAROLYN DELANEY
United States Attorney's Office, Eastern
District of California

## O R D E R

**IT IS SO ORDERED**.

DATED: October 7, 2010

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com