BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00477-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE NOTTINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about February 24, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the guilty verdict entered against defendant Duke Nottingham and the finding of forfeiture by the Court forfeiting to the United States the following property:

       a)   one Toshiba laptop computer, S/N Y3019147C.

AND WHEREAS, beginning on March 3, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the

1  notice for a hearing to adjudicate the validity of their alleged
2  legal interest in the forfeited property.
3       AND WHEREAS, the Court has been advised that no third party
4  has filed a claim to the subject property, and the time for any
5  person or entity to file a claim has expired.
6       Accordingly, it is hereby ORDERED and ADJUDGED:
7       1.  A Final Order of Forfeiture shall be entered forfeiting
8  to the United States of America all right, title, and interest in
9  the above-listed property pursuant to 18 U.S.C. § 2253, to be
10 disposed of according to law, including all right, title, and
11 interest of Duke Nottingham.
12      2.  All right, title, and interest in the above-listed
13 property shall vest solely in the name of the United States of
14 America.
15      3.  The U.S. Marshals Service shall maintain custody of and
16 control over the subject property until it is disposed of
17 according to law.
18      SO ORDERED this 12th day of May, 2011.

                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Judge