1  BENJAMIN B. WAGNER
   United States Attorney
2  Michele Beckwith
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7                        IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-477 JAM
12 |            Plaintiff,     | STIPULATION AND ORDER TO RESCHEDULE
   |                           | RESTITUTION HEARING FOLLOWING
13 |       v.                  | REMAND
14 | DUKE NOTTINGHAM,
15 |            Defendants.

16

17    This case is before the Court following remand by the Ninth Circuit for further proceedings

18 regarding restitution. The parties previously agreed to set this matter for a restitution hearing on January

19 7, 2014.

20    After consulting with the Court, the parties hereby stipulate to reset the matter for hearing on

21 March 18, 2014 in light of the Supreme Court's forthcoming decision in Paroline v. United States, 12-

22 8561. In that case, the Supreme Court will address whether and to what degree the government must

23 establish a causal nexus between the defendant's conduct and the victim's harm under 18 U.S.C. § 2259.

24 The Supreme Court will hear oral argument in that case on January 22, 2014. Because this is precisely

25 the issue to be addressed on remand, the parties hereby stipulate to reset the hearing for March 18, 2014.

26    If a further continuance is required, the parties will consult with each other and the Court for a

27 suitable date.

28

| | |
|---|---|
| Dated:  November 20, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Michele Beckwith<br>Michele Beckwith<br>Assistant United States Attorney |
| Dated:  November 20, 2013 | |
| | By:  /s/ Douglas J. Beevers<br>DOUGLAS J. BEEVERS<br>Attorney for Duke Nottingham |

**O R D E R**

This case is hereby set for a restitution hearing on March 18, 2014 at 9:45 a.m.

SO ORDERED this 21ST day of November, 2013.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE